ENTER JS-6

FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENA YESENIA TELLO ALVARADO,<br><br>Petitioner,<br><br>v.<br><br>FIELD DIRECTOR IMMIGRATION AND CUSTOMS ENFORCEMENT D.H.S., et al.,<br><br>Respondents. | Case No. CV 08-05241 SJO (AN)<br><br>JUDGMENT |

For the reasons set forth in the Court's accompanying Order, the petition for a writ of habeas corpus in this action is dismissed.

DATED: December 18, 2008

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY